## Weekly Report of
## NEW CASES DOCKETED

### NEW CASES DOCKETED

Bayer v. Bentz ................................19857
Balt. & O. R.Co. v. Pub. U. C. ............19876-19877
Eberfeld v. Case ............................19869
Erie Rd. Co. et v. Pub. Util. Com.................19866
Ferrando v. Cicchino et ........................19864
Hiltz v. Telling et ...........................19862
Hocking Valley Rd. Co. v. Pub. U. C. ......19867-19868
Kellogg v. Seasongood ...........................19859
N. Y. Cent. Rd. Co. v. Pub. U. C. .........19872-19873
Peoples Bk. & Sav. Co. v. Haraugh .............19871
Penn. Ry. Co. v. Pub. U. C. ...................19875
Pulliam v. Hiltz et ...........................19874
Ross v. State ................................19856
Robinson v. Stuot ...... ....................19858
Sheffield v. Sharp ...........................19870
Stackhowicz v. State ..........................19861
Watkins Co. v. Hartzel et ......................19860

### JUNE 1, 1926

19856—Emmanual Ross v State of Ohio; motion for leave to file petition in error to the Cuyahoga Appeals. A. H. Martin, Cleveland, for plff.; E. C. Stanton. Cleveland, for deft.

19857—Frank V. Bayer, administrator v Agnes Bentz; motion for Appeals to certify F. V. Bayer, Columbus, for plff; Atkinson, Smith & Hogan, Columbus, for deft.

19858—O. C. Robinson v. W. L. E. Stuot; motion for Allen Appeals to certify. A. M. Rodgers and C. H. Klinger, Lima, for pltff.; J. H. Flick and E. M. Botkin, Lima, for deft.

### JUNE 2, 1926

19859—Edwin E. Kellogg v Murray Seasongood et Members of Council of Cincinnati; motion for Appeals of Hamilton to certify. H. R. Weber. Cincinnati, for pltff.; J. D. Ellis. E. F. Alexander and B. H. Long, Cincinnati, for defts.

19860—J. R. Watkins Co. v Elmer Hartzel, et motion for Drake Appeals to certify. Myers & Myers, Greenville, for pltff.; M. B. Trainor, Mannix, Crawford & Billingsley, Greenville, for defts.

### JUNE 3, 1926

19861—Stanley Stackhowicz v State of Ohio; motion for Cuyahoga Appeals to certify. Kelroy & Dembowski, for pltff.; E. C. Stanton and F. A. Irvine, Cleveland, for deft.

### JUNE 4, 1926

19862—Jay P. Hiltz v W. E. Telling et; motion for Cuyahoga Appeals to certify. Wood & Long, Cleveland for pltff. Tolles, Hogsett, Ginn & Morley, Cleveland for deft.

19863—Mary S. Kerman, et v Ashland Buildg. and Loan Co.; motion for Cuyahoga Appeals to certify. S. J. Krohn, E. Blythin, Cleveland for pltff. Tolles, Hogsett, Ginn & Morley, Cleveland for deft.

19864—Amedeo Ferrando v Carmine Cicchino et; motion for Cuyahoga Appeals to certify. Gaughan & Collins and Nichola & Horn, Cleveland for pltff.; Jacobsen & Jacobsen, Cleveland for deft.

### JUNE 7, 1926

19866—Erie Rd. Co. and Chicago & Erie Rd. Co v Public Utilities Commission; error to the Commission. Cook, McGowan, Foote, Bushnell & Burgess, Cleveland, for pltff.; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19867—Hocking Valley Rd. Co. v Public Utilities Commission of Ohio; error to the Commission. Wilson & Rector and H. W. Smith, Columbus, for pltff.; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19868—Hocking Valley Rd. Co. v Public Utilities Commission of Ohio; error to the Commission. Wilson & Rector and H. W. Smith, Columbus, for pltff.; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19869—Alfred G. Eberfeld v John G. Case et; motion for Franklin Appeals to certify. L. C. Barker, Columbus, for pltff.; K. S. Campbell and E. W. Dillon, Columbus, for defts.

19870—Mira J. Sheffield v Effie E. Sharp; motion for Cuyahoga Appeals to certify. A. P. Gustafson, Cleveand, for pltff.; A. J. Bradley, Cleveland, for deft.

19871—Peoples B. & S. Co. v R. W. Haraugh; motion for Greene Appeals to certify. C. W. Whitmer and M. Shoup, Xenia, for pltff.; G. E. Nichols, Dayton and Marshall & Marshall, Xenia, for deft.

19872—New York Central Rd. Co. v Public Utilities Commission; error to the Commission. W. N. King, Columbus, for pltff.; C. C. Crabbe and J. M. Bricker, Columbus, for deft.

19873—New York Cent. Rd. Co. v Public Utilities Commission; error to the Commission. W. N. King, Columbus, of pltff.; C. C. Crabbe and J. M. Bricker, Columbus, for deft.

19874—L. R. Pulliam v. Jay P. Hiltz et; motion for Cuyahoga Appeals to certify. Thompson, Hine & Flory, Cleveland, for pltff; Woods & Long and Tolles, Hogsett, Ginn & Morley, Cleveland, for defts.

### JUNE 8, 1926

19875—Pennsylvania Rd. Co. v Public Utilities Commission; error to the Commission. Henderson & Burr and S. S. Randall, Columbus, for pltff.; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19876—Baltimore & Ohio Rd. Co. v Public Utilities Commission; error to the Commission. Booth, Keating, Pomerene & Boulger, Columbus, for pltff; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19877—Baltimore & Ohio Rd. Co. v Public Utilities Commission; error to the Commission. Booth, Keating, Pomerence & Boulger, Columbus, for pltff.; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

## PROCEEDINGS OF
## SUPREME COURT

### GENERAL DOCKET

Buckeye Churn Co. v. Abbott. .....................18975
Canton et v. Mid-Cont. Prod. Corp. ..............19490
Consol. Mfg. Co. v. Ind. Com. ...................19407
Day. & Xenia Bus Co. et v. P. U. C. .............19613
Early v. Co-op. Milk Assn. et ...................19553
Ghaster v. Fostoria et (City) ....................19618
Helwig v. Warren State Bank ..................... 19527
Hull v. Ind. Com. ...............................19516
Jackson v. William Rutherford et ...............19717
Kimbark v. Timken Roller Bear. Co. ..............19467
Kuhn v. Cin. Trac. Co. ..........................19105
Slatmeyer v. Ind. Com. ..........................19227
State ex. Mercer Gas Co. v. Com. ...............19827
State ex. Perry v. Hock. Rd. ........,......19695-19696
Tuck v. Capple ............................19026-19025
Zangerle Aud. et v. State of Ohio et Walther ....19496

### MOTION DOCKET

Build. Sup. Co. v. Vouwie ......,..............19730
Gallipolis City Com. v. Ohio Util. b. ............19740
Cleve. Ry. Co. v. McGinty ......................19751
Di Foti Const. Co. v. Scott ....................19744
Frost v. O'Kross ..............................19711
Greenberg v. Cleve. Bd. of Ed. ..,.............19813
Guard. Sav. & Tr. Co. v. Akron trap I. Co......19765
Jackson v. William Rutherford ,................19717
Katz v. Adelstein ...........................19770
Kellogg v. Seasongood et ......,.............19859
Linn v. Cont. Refining Co et ,................19781
Mason v. Tremayne ..........,.............19712